**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                              PLAINTIFF

v.                                             No. 4:01CR00142 JLH

JASON JERREL AUSLER                                                                                    DEFENDANT

### ORDER

Jason Jerrel Ausler has filed a motion pursuant to Rule 60(b)(6) in which he argues that he should be entitled to be sentenced under *United States v. Booker*, 543 U.S. 220, 125 S. Ct. 738, 160 L. Ed. 2d 621 (2005). Ausler has previously filed a petition for relief pursuant to 28 U.S.C. § 2255. One of the arguments asserted by his appointed counsel in that case was that *Booker* should apply to cases on collateral review. Docket Entry #121 at 15-17. Counsel conceded that the Eighth Circuit had decided to the contrary in *Never Misses a Shot v. United States*, 413 F.3d 781 (8th Cir. 2005). Docket Entry #121 at 17. This Court denied Ausler's petition and held that *Booker* did not apply retroactively on collateral review. Docket Entry #129 at 15-16. The Eighth Circuit affirmed on the same basis. Docket Entry #147 at 6-7.

Now, Ausler has requested relief from that judgment pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure. Rule 60(b)(6) authorizes a court to provide relief from a final judgment for any reason that justifies relief. Ausler argues that his case was pending on direct appeal to the Eighth Circuit when the Supreme Court decided *Booker*. He argues that *Booker* applies to all cases that were on direct review at the time *Booker* was decided. *Booker*, 543 U.S. at 268, 125 S. Ct. at 769.

The Court directs the United States to file a response to Ausler's petition within 30 days from the entry of this Order.

IT IS SO ORDERED this 3rd day of November, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE